EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
MARSHALL SILVERBERG
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 8 2002

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>           Plaintiff,        )<br>                             )<br>     vs.                     )<br>                             )<br>RANDALLINE AKANA, also known )<br>    as "Peaches,"       (01) )<br>CHERYL KAHOALII, also known  )<br>    as "Kahea,"         (02) )<br>                             )<br>           Defendants.       )<br>                             )<br>                             )<br>                             )<br>                             )<br>_____) | CR. NO. 02-00407 SOM<br><br>SECOND SUPERSEDING INDICTMENT<br><br>Count 1: 21 U.S.C. § 846<br>Count 2: 18 U.S.C.<br>   § 924(c)(1)(B)(i)<br>Counts 3, 4, 5, & 8: 18 U.S.C.<br>   §§ 922(g)(3) & 924(a)(2)<br>Counts 6 & 9: 21 U.S.C.<br>   §§ 841(a)(1) & 841(b)(1)(B)<br>Count 7: 18 U.S.C. §<br>   924(c)(1)(A)(i)<br>Count 10: 21 U.S.C.<br>   §§ 841(a)(1) & 841(b)(1)(C) |

<u>SECOND SUPERSEDING INDICTMENT</u>

## COUNT 1
(21 U.S.C. § 846)

The Grand Jury charges that:

From a date unknown, but from at least some time in 1999, to at least October 31, 2001, in the District of Hawaii, defendants RANDALLINE AKANA, also known as "Peaches," and CHERYL KAHOALII, also known as "Kahea," did knowingly and intentionally conspire with each other and others known and unknown to the Grand Jury to knowingly and intentionally possess with intent to distribute and to distribute: (a) in excess of 50 grams of methamphetamine (including its salts, isomers, and salts of isomers) a Schedule II controlled substance; (b) cocaine (including its salts, optical and geometric isomers, and salts of isomers) a Schedule II controlled substance; and (c) marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### Objects of the conspiracy

The objects of the conspiracy were to: (1) possess with intent to distribute, and (2) distribute the narcotics listed above, that is: (a) in excess of 50 grams of methamphetamine, a Schedule II controlled substance; (b) cocaine, a Schedule II controlled substance; and (c) marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(18 U.S.C. § 924(c)(1)(B)(i))

The Grand Jury further charges that:

On or about March 19, 2001, in the District of Hawaii, defendants RANDALLINE AKANA, also known as "Peaches," and CHERYL KAHOALII, also known as "Kahea," did knowingly and intentionally possess a firearm, to wit, a Ruger Mini 14 .223 caliber semiautomatic rifle, serial number 184-05048, in furtherance of a drug trafficking crime as charged in Count 1 of this Indictment, which is realleged and incorporated by reference herein.

All in violation of Title 18, United States Code, Sections 924(c)(1)(B)(i).

## COUNT 3
(18 U.S.C. §§ 922(g)(3) & 924(a)(2))

The Grand Jury further charges that:

On or about March 19, 2001, in the District of Hawaii, the defendants RANDALLINE AKANA, also known as "Peaches," and CHERYL KAHOALII, also known as Kahea, then being unlawful users of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, to wit, a Ruger Mini 14 .223 caliber semiautomatic rifle, serial number 184-05048, manufactured by Sturm Ruger & Co. in the State of New Hampshire.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### COUNT 4
(18 U.S.C. §§ 922(g)(3) & 924(a)(2))

The Grand Jury further charges that:

On or about March 19, 2001, in the District of Hawaii, the defendant RANDALLINE AKANA, also known as "Peaches," then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, to wit, a Winchester 12 gauge shotgun, serial number L2483307, manufactured by Winchester in the State of Connecticut.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### COUNT 5
(18 U.S.C. §§ 922(g)(3) & 924(a)(2))

The Grand Jury further charges that:

On or about October 31, 2001, in the District of Hawaii, the defendants RANDALLINE AKANA, also known as "Peaches," and CHERYL KAHAOLII, then being unlawful users of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, to wit, a Jennings .22-caliber semiautomatic pistol, serial number 247 678, manufactured by Jennings Arms in the State of California.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 6
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B))

The Grand Jury further charges:

On or about August 15, 2002, in the District of Hawaii, defendant RANDALLINE AKANA, also known as "Peaches," did knowingly and intentionally possess with intent to distribute in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

## COUNT 7
(18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges that:

On or about August 15, 2002, in the District of Hawaii, defendant RANDALLINE AKANA, also known as "Peaches," did knowingly and intentionally carry a firearm, to wit, a Remington 870 LW pump action 20 gauge shotgun, serial number V39093K, during and in relation to a drug trafficking crime as charged in Count 6 of this Indictment, which is realleged and incorporated by reference herein.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 8
(18 U.S.C. §§ 922(g)(3) & 924(a)(2))

The Grand Jury further charges that:

On or about August 15, 2002, in the District of Hawaii, the defendant RANDALLINE AKANA, also known as "Peaches," then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, to wit, a Remington 870 LW pump action 20 gauge shotgun, serial number V39093K, manufactured by Remington Arms in the State of New York State.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 9
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B))

The Grand Jury further charges:

On or about November 20, 2002, in the District of Hawaii, defendant CHERYL KAHOALII, also known as "Kahea," did knowingly and intentionally possess with intent to distribute in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

COUNT 10
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

The Grand Jury further charges:

On or about November 20, 2002, in the District of Hawaii, defendant CHERYL KAHOALII, also known as "Kahea," did knowingly and intentionally possess with intent to distribute cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

DATED: December 18, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney


UNITED STATES v. RANDALLINE AKANA and CHERYL KAHOALII,
Cr. No. 02-00407 (Second Superseding Indictment)