AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA     WARRANT FOR ARREST

V.

Case Number: CR 02-00407 SOM 02

CHERYL KAHOALII
aka "Kahea"

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 26 2007
at 10 o'clock and __ min. __ M
SUE BEITIA, CLERK

SEALED
BY ORDER OF THE COURT

YOU ARE HEREBY COMMANDED TO ARREST CHERYL KAHOALII and bring him or her forthwith to the nearest district/ magistrate judge to answer a Superceding Indictment , charging him or her with (brief description of offense)

Conspiracy to possess with intent to distribute and to distribute methamphetamine, cocaine, and marijuana
Possess a firearm in furtherance of a drug trafficking crime
Unlawful user of a controlled substance in possession of a firearm

in violation of Title 21; 18 United States Code, Section(s) 846; 924(c)(1)(B)(i); 922(g)(3); 924(a)(2).

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | November 20, 2002 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

U.S. MARSHALS SERVICE HONOLULU
02 NOV 20 PM 2: 1_
RECEIVED

Bail Fixed at NO BAIL     By: Kevin S. C. Chang, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____. | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent<br>Rachel A Byrd | SIGNATURE OF ARRESTING OFFICER<br>Rachel A Byrd |
| Date of Arrest NOV 20 2002 | | |